HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
KIMANI OSAYANDE JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KIMANI OSAYANDE JONES,<br>Defendant. | Case No. 2:26-CR-00097-DAD<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: August 17, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Defendant, KIMANI OSAYANDE JONES, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for a status conference on August 17, 2026.
2. By this stipulation, defendant now moves for continuance of the status conference until September 21, 2026, and to exclude time between August 17, 2026 and September 21, 2026, under Local Code T4.
3. The parties agree and stipulate, and request that the Court find the following:
   a) The discovery associated with this case includes various law enforcement and investigative reports, phone records, photos, and videos, which has been provided to defense counsel.

b) In addition, defense counsel is awaiting delivery of the contents of four separate cell phones.

c) Counsel for the defendant is in the process of reviewing all discovery and conducting her own factual and legal investigation. She requires more time to do so and to discuss the evidence, her findings, the sentencing guidelines with her client, and otherwise prepare for trial.

d) Counsel for the defendant believes that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 17, 2026, to September 21 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 6, 2026

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
KIMANI OSAYANDE JONES

ERIC GRANT
United States Attorney

Dated: August 6, 2026

*/s/ Elliot Wong*
Elliot Wong
Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for August 17, 026, is continued to September 21, 2026, at 9:30 a.m. and time is excluded between August 17, 2026 and September 21, 2026, under Local Code T4.

IT IS SO ORDERED.

Dated: **August 6, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE